45239. BLESSING v. DOCTORS MEMORIAL HOSPITAL, INC.
(368 SE2d 518)

PER CURIAM.

After plenary consideration of this matter (*Blessing v. Doctors Memorial Hosp.,* 184 Ga. App. 737 (362 SE2d 394) (1987)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED APRIL 6, 1988.

*Andrew M. Scherffius III,* for appellant.
*Long, Weinberg, Ansley & Wheeler, Robert D. Roll, Suzanne M. Trexler, Hart & Sullivan, Lawrie E. Demorest, Jennie E. Rogers, Sidney F. Wheeler, Powell, Goldstein, Frazer & Murphy, John A. Gilleland,* for appellee.